[No. 29294-1-III.   Division Three.   June 5, 2012.]

*In the Matter of the Marriage of* PATTI ANN MANUS, *Respondent*, and EDWARD LEE MANUS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-3-00269-4, Craig J. Matheson, J., entered July 23, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 29821-3-III.   Division Three.   June 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL WHISLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00255-6, John M. Antosz, J., entered March 28, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 41008-7-II.   Division Two.   June 7, 2012.]

FALINA HICKOK-KNIGHT, *Appellant*, v. WAL-MART STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-12365-8, Katherine M. Stolz, J., entered July 2, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Armstrong, J. Now published at 170 Wn. App. 279.

[No. 29459-5-III.   Division Three.   June 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY ZAPIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00107-2, Michael G. McCarthy, J., entered September 24, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.